UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                                         Criminal No. 14-20800

v.                                       Honorable Mark A. Goldsmith

Gabriel Urzua Sanchez,

                   Defendant.

## **Order Extending Briefing Schedule**

Having reviewed the government's motion, the following will be ordered:

Government's response to Defendant's motion for a sentence reduction will be due no later than November 27, 2024. Defendant's reply, should he choose to file one, is due no later than December 18, 2024.

        SO ORDERED.

        Dated:  August 23, 2024           s/Mark A. Goldsmith
        Detroit, Michigan                MARK A. GOLDSMITH
                                       United States District Judge